# United States Bankruptcy Court
## District of Nevada

**Case No. 09–27796–lbr**

**Chapter 7**

In re: (Name of Debtor)

| | |
|---|---|
| DENNIS WOODWARD | ELENA WOODWARD |
| dba DIGGER ONE EXCAVATION, INC. | fka MARIA ELENA WOODWARD |
| 3601 TORY COURT | 3601 TORY COURT |
| LAS VEGAS, NV 89110–1125 | LAS VEGAS, NV 89110–1125 |

Social Security No.:

xxx–xx–9829                                    xxx–xx–1055

## ORDER TO VACATE DISCHARGE

It having been determined that, due to clerical error, a Discharge of Debtor was entered in this matter.

IT IS HEREBY ORDERED that the Discharge of Debtor entered on March 3, 2010 is hereby vacated.

Dated: 3/3/10                         BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court