**DANI L. STEPHENS, ESQ.**
Nevada State Bar #4761
5000 West Oakey Blvd. A3-6
Las Vegas, Nevada  89146
Telephone (702) 247-1234
Facsimile (702) 247-1555

UNITED STATE BANKRUPTCY COURT

DISTRICT OF NEVADA

| In the Matter of: | ) | Bk 09-27796lbr |
|---|---|---|
|  | ) | Chapter 07 |
| ELENA and DENNIS WOODWARD, | ) |  |
|  | ) | Date: |
| Debtors. | ) | Time: |

### EX PARTE MOTION TO REOPEN BANKRUPTCY CASE

COME NOW, debtors, ELENA and DENNIS WOODWARD, by and through their attorney, **DANI L. STEPHENS, ESQ.**, to move this Honorable Court for a motion to reopen their bankruptcy chapter 7 filed on September 23rd, 2009 and discharged on March 4th, 2010 pursuant to Title 11 350(b) and Rule 5010.

... Debtors respectfully request to reopen their chapter 7 bankruptcy long enough to submit the reaffirmation for their 2007 Ford Mustang which inadvertently did not get submitted prior to the discharge. Consequently, despite the fact that the debtors continued to make the payments which were accepted without any heads up notice from either the Ford Motor Company or their attorney Jeffrey Sloane the vehicle was repossessed and sits in impoundment waiting to be

1

Bk 09-27796lbr

sent to Los Angeles for sale according to information gleaned to date.

3. The attorney for the debtors did not realize prior to discharge that all necessary acts and reaffirmations had not been tended to since the reaffirmation which had been faxed from Ford, -not mailed, - went unnoticed in the computer where all faxes go.

4. Debtors have been greatly disadvantaged by the unexpected repossession which left currently unemployed Debtor Elena, without transportation to search for work.

5. Due to exigent circumstances (expense of keeping vehicle in "storage") Debtors ask the Court to waive any need to wait for an opposition to this Motion on the grounds that this motion does not ask anyone to do anything they wouldn't have done if reaffirmation had been timely prior to discharge, therefor this motion does not interfere with anyones rights nor ask anyone to do anything they haven't already done.

WHEREFORE, Debtors respectfully pray for judgment as follows:

1. For the Courts to permit their Chapter 7 bankruptcy be reopened;

2. For Courts to permit the Reaffirmation for the Ford Mustang to be submitted;

3. For the Court to Order that the 2007 Ford Mustang be released to the Debtors immediately upon Debtors settling whatever reasonable debt may be owed to the entity in which the vehicle has been stored.

4. For the Court to waive the necessity of a response -thus ...

exparte- since no one is being prejudiced by the temporary reopening of this bankruptcy.

    5.   For such other and further relief as the Court deems just and proper in the premises.

DATED, this 17th day of March, 2010.

Respectfully Submitted by:

_____
DANI L. STEPHENS, ESQ.
Nevada Bar #4761
5000 West Oakey Ste A3-6
Las Vegas, Nv. 89146
Attorney for Debtors,
ELENA and DENNIS WOODWARD
Bk 09-27796lbr

DANI L. STEPHENS, ESQ.
Nevada State Bar #4761
5000 West Oakey Blvd. A3-6
Las Vegas, Nevada  89146
Telephone (702) 247-1234
Facsimile (702) 247-1555

UNITED STATE BANKRUPTCY COURT

DISTRICT OF NEVADA

In the Matter of:                )    Bk 09-27796lbr
                                 )    Chapter 07
                                 )
ELENA and DENNIS WOODWARD,       )
                                 )    Date:
            Debtors.             )    Time:
_____)

### EXPARTE ORDER

**DEBTORS' EXPARTE MOTION TO REOPEN** their Bankruptcy 7 was filed on the above date and time; **DANI L. STEPHENS, ESQ.**, attorney for the Debtors submitted the Exparte Motion on behalf of Debtors, and the Court finding that exigent circumstances provide good Cause to Reopen immediately

**THE COURT HEREBY ORDERS** that Debtors' Chapter 7 referenced herein above shall be reopened immediately without need for a hearing to give Debtors opportunity to submit the Reaffirmation forthwith; and

**IT IS FURTHER ORDERED** that the 2007 Ford Mustang be released to ...

1

1 | the Debtors immediately upon payment of storage fees owed to the
2 | entity in which the vehicle has been stored.
3 |     DATED and done on this ____ day of March, 2010.

---

THE HONORABLE JUDGE REIGEL, U.S. BANKRUPTCY JUDGE

Submitted by:

*/s/ Dani L. Stephens*

DANI L. STEPHENS, ESQ.
Nevada Bar #4761
5000 West Oakey Blvd. A3-6
Las Vegas, Nevada  89146
Telephone (702) 247-1234
Facsimile (702) 247-1555
email danilstephens@yahoo.com
Attorney for Debtors
ELENA and DENNIS WOODWARD

WOODWARD;    CHAPTER 7, BK-S-09-27796lbr

2