Entered on Docket
April 01, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

~~DANI L. STEPHENS, ESQ.~~
Nevada State Bar #4761
5000 West Oakey Blvd. A3-6
Las Vegas, Nevada  89146
Telephone (702) 247-1234
Facsimile (702) 247-1555
Attorney for Debtors
ELENA and DENNIS WOODWARD

UNITED STATE BANKRUPTCY COURT

DISTRICT OF NEVADA

In the Matter of:              )    Bk 09-27796lbr
                               )    Chapter 07
                               )
ELENA and DENNIS WOODWARD,     )
                               )    Date: March 31, 2010
        Debtors.               )    Time: 9:30 AM
_____)

<u>ORDER TO REOPEN</u>

The hearing on Debtors' **MOTION TO REOPEN** was held on the above date and time with DANI L. STEPHENS, ESQ. appearing with Debtors and no Opposition being present nor represented and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Debtors' Chapter 7 Bankruptcy is reopened to give them the opportunity to submit a reaffirmation to Ford Motor Credit in order to keep their 2007 Ford Mustang

**IT IS FURTHER ORDERED** that the 2007 Ford Mustang shall be released to the Debtors immediately upon Debtors settling whatever

. . .

. . .

1

1 | reasonable debt may be owed to the entity in which the vehicle has
2 | been stored.
3 |     DATED and done on this _____ day of April, 2010.
4 |
5 |
6 |         U.S. BANKRUPTCY JUDGE LINDA B. REIGEL
7 |
8 |
9 | Submitted by:
10 |
11 | DANI L. STEPHENS, ESQ.
12 | Nevada Bar #4761
    5000 West Oakey Blvd. A3-6
13 | Las Vegas, Nevada 89146
    Telephone (702) 247-1234
14 | Facsimile (702) 247-1555
    Attorney for Debtors
15 | ELENA and DENNIS WOODWARD
16 |
...
28 | WOODWARD;    CHAPTER 7, BK-09-27796lbr